AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James C. Duckett, Jr. | ) Case No. | 3:16-cr-124(SRU) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James C. Duckett, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1349 (Conspiracy to Commit Mail and Wire Fraud)
18 U.S.C. 1343 (Wire Fraud)
18 U.S.C. 1957 (Illegal Monetary Transactions)

Date:   06/22/2016

*Issuing officer's signature*

City and state:   New Haven, Connecticut

Andrew Caffrey, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/22/16, and the person was arrested on *(date)* 6/23/16
at *(city and state)* LAS VEGAS, NV.

Date: 6/23/16

*Arresting officer's signature*

MICHAEL NOVAK   USM WARRANTS
*Printed name and title*