**CRIMINAL CALENDAR**

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 141 Church Street, New Haven, Connecticut, Courtroom 5 before the **Honorable Sarah A.L. Merriam, United States Magistrate Judge, on Tuesday, July 5, 2016 at 1:00pm**

AUSA SARAH KARWAN<br>DOUGLAS MORABITO

**ARRAIGNMENT**

| | |
|---|---|
| UNITED STATES | Docket No.3:16cr124(SRU) |
| v. | **COUNT ONE**<br>18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud)<br>PENALTIES<br>Imprisonment: Up to 20 years<br>Fine: Up to $250,000<br>Supervised Release: Up to three years<br>Special Assessment: $100 |
| JAMES C. DUCKETT JR. | |
| | **COUNTS EIGHT through TEN**<br>18 U.S.C. § 1343 (Wire Fraud)<br>PENALTIES<br>Imprisonment: Up to 20 years<br>Fine: Up to $250,000<br>Supervised release: Up to three years<br>Special Assessment: $100 |
| | **COUNTS ELEVEN, THIRTEEN, FOURTEEN, SIXTEEN through EIGHTEEN, TWENTY-ONE through TWENTY-FOUR**<br>18 U.S.C. § 1957 (Illegal Monetary Transactions)<br>PENALTIES<br>Imprisonment: Up to 10 years<br>Fine: Up to $250,000<br>Supervised release: Up to three years<br>Special Assessment: $100 |

Filed Via ECF