## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

UNITED STATES OF AMERICA		CRIM. NO. 3:16-CR-124-SRU-2

v.

JAMES DUCKETT, JR.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

                                  Defendant: James Duckett, Jr.

| | |
|---|---|
| July 1, 2016 | [Signature] |
| Date | Signature |
| ct00009 | Richard R. Brown |
| Connecticut Federal Bar Number | Printer Clearly or Type Name |
| 860-522-3343 | 100 Pearl Street, 2nd Floor |
| Telephone Number | Address |
| 860-522-2490 | Hartford, CT 06103 |
| Fax Number | |
| rbrown@bpslawyers.com | |
| E-mail address | |

### CERTIFICATION OF SERVICE

    This is to certify that the foregoing Appearance was mailed via U.S. Postal Mail on the above date to the following:

A.U.S.A. Douglas P. Morabito  
Office of the U.S. Attorney  
157 Church Street, 25th Floor  
New Haven, CT 06510

A.U.S.A. Sara P. Karwan  
Office of the U.S. Attorney  
157 Church Street, 25th Floor  
New Haven, CT 06510

                                                          [Signature]  
                                                          Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)