**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

| | |
|---|---|
| **LANCE S. WILSON**<br>DISTRICT COURT EXECUTIVE/CLERK | **CYNTHIA JENSEN**<br>CHIEF DEPUTY CLERK, LAS VEGAS |
| | **JAKE HERB**<br>CHIEF DEPUTY CLERK, RENO |

July 11, 2016

Clerk, U.S. District Court
District of Connecticut - New Haven
141 Church Street
New Haven, CT 06510
InterdistrictTransfer_CTD@ctd.uscourts.gov

RE:   USA v. James C. Duckett, Jr.
      Your Case No. 3:16-cr-124(SRU)
      Our NVD Case No.  2:16-mj-00459-GWF

Dear Clerk:

   Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the District of Connecticut and appeared before The Honorable George Foley, Jr, United States Magistrate Judge, on June 24, 2016. The Defendant was released on a personal recognizance bond and ordered to appear in your court. Enclosed are all documents completed in this district.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


/s/ S. Denson
Deputy Clerk


Enclosures

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
## CRIMINAL DOCKET FOR CASE #: 2:16−mj−00459−GWF All Defendants

Case title: USA v. Duckett, Jr.
Other court case number: 3:16−cr−124(SRU) District of Connecticut−New Haven

Date Filed: 06/24/2016
Date Terminated: 07/11/2016

Assigned to: Magistrate Judge George Foley, Jr

**Defendant (1)**

James C. Duckett, Jr.
*TERMINATED: 07/11/2016*

represented by **William C. Carrico**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101−
(702) 388−6577
Fax: (702) 388−6261
Email: William_Carrico@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Sandi Yoshiko Ciel**
Law Offices of the Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
702−388−6577
Fax: 702−388−5819
Email: ecf_nvchu@fd.org
*TERMINATED: 06/27/2016*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5 | |

**Plaintiff**

USA

represented by **Jiamin Chen**
U.S. Attorney's Office

501 Las Vegas Blvd. S.  
Suite 1100  
Las Vegas, NV 89101  
702–388–6603  
Email: jiamie.chen@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2016 | 1 | Rule 5(c)(3) Documents Received as to James C. Duckett, Jr. Documents received from the District of Connecticut include: Arrest Warrant and Indictment. (SLD) (Entered: 06/24/2016) |
| 06/24/2016 | 2 | MINUTES OF PROCEEDINGS – Initial Appearance in Rule 5(c)(3) Proceeding as to James C. Duckett, Jr. held on 6/24/2016 before Magistrate Judge George Foley, Jr. Crtrm Administrator: *E. Garcia*; AUSA: *Jamie Chen*; Def Counsel: *Sandi Ciel*; PTS: *Tim Lowrence and Elvia Rivera*; Court Reporter/FTR #: *3:15p.m. – 3:32p.m.*; Courtroom: *3A*;<br><br>Defendant is present in custody with counsel. Case unsealed. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Defendant is advised of his rights/charges. Defendant waives reading of the Indictment. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in the Indictment and is held to answer in the District of Connecticut. Government does not seek detention. Parties heard regarding conditions of release. Defendant is released on a personal recognizance bond with conditions. Government's counsel is to provide Pretrial Services and defense counsel a date, time and location for defendant's next hearing in the District of Connecticut.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF – EMG) (Entered: 06/24/2016) |
| 06/24/2016 | 5 | ORDER APPOINTING COUNSEL as to James C. Duckett, Jr. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge George Foley, Jr on 6/24/2016. (Copies have been distributed pursuant to the NEF – SLD) (Entered: 06/27/2016) |
| 06/24/2016 | 6 | WAIVER of Rule 5(c)(3) Hearings as to James C. Duckett, Jr. (SLD) (Entered: 06/27/2016) |
| 06/24/2016 | 7 | NOTICE of Assertion of Right to Counsel, the Right to Remain Silent, and Request to Have Counsel Present During Questioning as to James C. Duckett, Jr. (SLD) (Entered: 06/27/2016) |
| 06/24/2016 | 8 | PR BOND Entered as to James C. Duckett, Jr. (SLD) (Entered: 06/27/2016) |
| 06/24/2016 | 9 | ORDER Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to James C. Duckett, Jr. Signed by Magistrate Judge George Foley, Jr on 6/24/2016. (Copies have been distributed pursuant to the NEF – SLD) (Entered: 06/27/2016) |
| 06/27/2016 | 3 | NOTICE OF ATTORNEY APPEARANCE: William C. Carrico appearing for James C. Duckett, Jr. (Carrico, William) (Entered: 06/27/2016) |
| 06/27/2016 |  | Attorney update in case as to James C. Duckett, Jr.: Attorney Sandi Yoshiko Ciel is no longer associated. (Carrico, William) (Entered: 06/27/2016) |
| 07/11/2016 | 10 | TRANSMITTAL to the District of Connecticut – New Haven regarding Rule 5 documents as to James C. Duckett, Jr. Docket sheet and documents transmitted electronically via email on 7/11/2016. (SLD) (Entered: 07/11/2016) |

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
William_carrico@fd.org

Attorney for James Duckett, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-mj-459-GWF |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | |
| JAMES DUCKETT, JR., | ) | |
| Defendant. | ) | |

NOTICE is hereby given that Assistant Federal Public Defender WILLIAM CARRICO, will serve as counsel for the above-captioned defendant.

Counsel's address is as follows:
Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

DATED this 27th day of June, 2016.

RENE VALLADARES
Federal Public Defender

By: */s/ William Carrico*
WILLIAM CARRICO,
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 27, 2016, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

>DANIEL BOGDEN
>United States Attorney
>JIAMIE CHEN
>501 S. Las Vegas Blvd. Ste. 1100
>Las Vegas, NV 89101

*/s/ Lauren Pullen*
_____
Employee of the Federal Public Defender



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>JAMES C. DUCKETT, JR.,<br><br>Defendant. | 2:16-mj-00459-GWF<br><br>ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **JAMES C. DUCKETT, JR.**

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 24th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Federal Public Defender's Office appearance by: __SANDI CIEL__

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:16-MJ-459-GWF |
| Duckett | ) | |
| Defendant | ) | Charging District's Case No. 3:16-CR-124(SRU) |

JUN 24 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* USDC, Dist of Connecticut

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing ~~and production of the warrant.~~

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/24/2016

_____
Defendant's signature

_____
Signature of defendant's attorney

Sandi Y. Ciel
Printed name of defendant's attorney

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 00014
411 E. Bonneville Ave, #250
Las Vegas Nevada 89101
(702) 388-6577

Counsel for **Defendant**

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 4 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Duckett

    Defendant.

2:16-MJ-459-GWF

## ASSERTION OF RIGHT TO COUNSEL, THE RIGHT TO REMAIN SILENT, AND REQUEST TO HAVE COUNSEL PRESENT DURING QUESTIONING

COMES NOW, the Defendant, pursuant to the Supreme Court of the United States opinion in *Montejo v. Louisiana*, after being advised by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, hereby requests formal appointment of counsel and further exercises the right to remain silent. The undersigned hereby formally serves notice to government counsel and all relevant government agencies and departments that the undersigned is also hereby exercising the right to have counsel present during any law enforcement or prosecutorial initiated interrogation and does not consent to the initiation of any such questioning without the presence of counsel.

DATED this 24th day of June, 2016

_____
Defendant

Witnessed by:
RENE L. VALLADARES
Federal Defender

_____
Assistant Federal Public Defender

1

AO 98 (Rev. 12/11) Appearance Bond

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 4 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America )
v. )
James C. DeWitt, Jr. ) Case No. 2-16-MJ-454-GWF
Defendant )
)

## APPEARANCE BOND

### Defendant's Agreement

I, James C. DeWitt Jr. _____ (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✓ ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____.

(   ) (3) This is a secure bond of $ _____, secured by:

(   ) (a) $ _____, in cash deposited with the court.

(   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it - such as a lien, mortgage, or loan - and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgement of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 199A (Rev. 12/11) Order Setting Conditions of Release            Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:16-MJ-459-GWF |
| Janus C Duckett, Jr | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

        The defendant must appear at: _____
                                                                            _Place_

on _____
                               _Date and Time_

        If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not be itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

**SUPERVISION**

( )  (6) The defendant is placed in the custody of:
  Person or organization _____
  Address (*only if above is an organization*) _____
  City and state _____  Tel. No. _____
                                                      (*only if above is an organization*) _____
  who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

                         Signed: _____  _____
                                      *Custodian or Proxy*                        *Date*

(✓) (7) The defendant shall report to:           (✓) **U.S. Pretrial Services Office**   (✓) Las Vegas 702-464-5630  ( ) Reno 775-686-5964
        no later than: _____          ( ) **U.S. Probation Office**           ( ) Las Vegas 702-527-7300  ( ) Reno 775-686-5980
( ) (8) The defendant is released on the conditions previously imposed.

**BOND**

( ) (9) The defendant shall execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
( ) (10) The defendant shall post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum: _____
( ) (11) The defendant shall execute a bail bond with solvent sureties in the amount of $_____.

**PENDING MATTERS**

( ) (12) The defendant shall satisfy all outstanding warrants within_____days and provide verification to Pretrial Services or the supervising officer.
( ) (13) The defendant shall pay all outstanding fines within_____days and provide verification to Pretrial Services or the supervising officer.
( ) (14) The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised released.

**IDENTIFICATION**

( ) (15) The defendant shall use his/her true name only and shall not use any false identifiers.
( ) (16) The defendant shall not possess or use false or fraudulent access devices.

**TRAVEL**

(✓) (17) The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer. *upon return to CT.*
( ) (18) The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
(✓) (19) The defendant shall not obtain a passport or passport card.
(✓) (20) The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
  Travel is restricted to the following areas:
  ( ) Clark County, NV   ( ) Washoe County, NV   (✓) State of NV*   ( ) Continental U.S.A.   (✓) Other *Connecticut*
(✓) (21) The defendant may travel to *Florida* for the purpose of *visiting daughter only.*
**RESIDENCE**  *\* for work purposes only.*

( ) (22) The defendant shall maintain residence at ( ) current or ( ) at:
  _____
  and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
( ) (23) The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.
( ) (24) The defendant shall pay all or part of the costs for residing at the halfway house or community corrections center based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
( ) (25) The defendant shall return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

**EMPLOYMENT**

( ) (26) The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
( ) (27) The defendant shall not be employed in, or be present in, any setting directly involving minor children.
( ) (28) The defendant shall not secure employment in the following field(s): _____
( ) (29) The defendant is prohibited from employment/self-employment in a setting where he/she has access to financial transactions or the personal identifiers of others.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: James C. Duckett Jr.

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Las Vegas, Nevada
City and State

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/24/2016

_____
Judicial Officer's Signature

GEORGE FOLEY, JR., U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | | |
|---|---|---|---|
| United States of America | ) | Case No. | 2:16-mj-459-GWF |
| v. | ) | | |
| JAMES C. DUCKETT, JR. | ) | Charging District: | District of Connecticut |
| | ) | Charging District's Case No. | 3:16-cr-124(SRU) |
| *Defendant* | ) | | |



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 4 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Courthouse - District of Connecticut<br>141 Church Street, Room 214<br>New Haven, CT 06510-6510 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 24, 2016

*Judge's Signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
DISTRICT COURT EXECUTIVE/CLERK

**CYNTHIA JENSEN**
CHIEF DEPUTY CLERK, LAS VEGAS

**JAKE HERB**
CHIEF DEPUTY CLERK, RENO

July 11, 2016

Clerk, U.S. District Court
District of Connecticut - New Haven
141 Church Street
New Haven, CT 06510
InterdistrictTransfer_CTD@ctd.uscourts.gov

RE:    USA v. James C. Duckett, Jr.
         Your Case No. 3:16-cr-124(SRU)
         Our NVD Case No. 2:16-mj-00459-GWF

Dear Clerk:

     Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the District of Connecticut and appeared before The Honorable George Foley, Jr, United States Magistrate Judge, on June 24, 2016. The Defendant was released on a personal recognizance bond and ordered to appear in your court. Enclosed are all documents completed in this district.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


/s/ S. Denson
Deputy Clerk


Enclosures