UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:16cr124(SRU) |
| JAMES DUCKETT | : | March 24, 2017 |

## GOVERNMENT'S MOTION FOR A PRE-TRIAL STATUS CONFERENCE

The United States respectfully requests that the Court schedule a pre-trial status conference in this matter, either in-person or by conference call. In support of this motion, the undersigned represents as follows:

The indictment charged two defendants in this matter, Mitchell Anderson and James Duckett, with conspiracy to commit wire and mail fraud, substantive counts of wire and mail fraud, and money laundering. Mr. Anderson pleaded guilty on February 6, 2017. Counsel for the remaining defendant, Mr. James Duckett, has indicated the Mr. Cameron may elect to proceed to trial. Jury selection is currently scheduled for May 5, 2017 but no firm trial days have yet been selected. The Government anticipates that its case in chief will last approximately five trial days and involve about 12-15 witnesses, at least two of which will be traveling from out of state.

The Government believes that setting a firm trial schedule will be helpful in the smooth and efficient trial preparation process. The Government would ask that part of this schedule include a *Frye* hearing.

The Government respectfully requests that the status conference be scheduled by the Court as soon as possible, the Court's schedule permitting. The undersigned has confirmed that

counsel for Mr. Duckett, Richard Brown, Esq., has no objection to the relief sought in this motion.

        Respectfully submitted,

        DEIRDRE M. DALY
        UNITED STATES ATTORNEY

        /s/
        SARAH P. KARWAN
        ASSISTANT UNITED STATES ATTORNEY
        Fed. Bar No. ct22911
        157 Church Street, 25th Floor
        New Haven, CT 06510
        (203) 821-3700
        Sarah.p.karwan@usdoj.gov

## CERTIFICATE OF SERVICE

     I certify that on March 24, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        _____/s/_____
        SARAH P. KARWAN
        ASSISTANT UNITED STATES ATTORNEY