Crim-Trial (4/2/12)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: R. Jaiman
RPTR/ECRO/TAPE: S. Masse
TOTAL TIME: 5 hours 10 minutes
USPO:
INTERPRETER:
DATE: 7/5/2017
START TIME: 9:05
END TIME: 2:12
LUNCH RECESS FROM: 12:38 TO: 1:30
RECESS (if more than ½ hr) FROM: 5:05 TO: 6:00

CRIMINAL NO. 3:16cr124   Deft # 2

UNITED STATES OF AMERICA

vs

James C. Duckett, Jr.

Sarah P. Karwan/Douglas Morabito
AUSA

Cody Nolan Guamieri/ Richard Brown
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 14 and ___ alternates report ☐ Jury sworn.
- [ ] ☐ Juror # ___ excused ☐ Alternates excused
- [ ] Deft ___ Failed to appear. Bench warrant issued.
- [ ] ☐ Jury Trial held ☐ Jury Trial continued until ___ at ___
- [ ] ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until ___
- [ ] ..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- [x] Deft Duckett oral motion Rule 29 ☐ granted [x] denied ☐ advisement
- [ ] Deft ___ oral motion ___ ☐ granted ☐ denied ☐ advisement
- [x] Govt's oral motion to dismiss count 24 [x] granted ☐ denied ☐ advisement
- [ ] Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- [x] Draft of the Jury Instructions ☐ filed
- [x] Draft of the Verdict form ☐ filed
- [ ] ___ ☐ filed
- [ ] ___ ☐ filed
- [ ] ___ ☐ filed
- [ ] ___ ☐ filed
- [x] [x] Government rests [x] Defendant Duckett rests
- [ ] ☐ Summation held ☐ Court's Charge to the Jury
- [ ] All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- [ ] Jury commences deliberations at ___
- [ ] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- [ ] SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

# CRIMINAL JURY/COURT TRIAL (continued)

- ☐ ......... Court declares MISTRIAL as to Defendant _____
- ☐ ......... Jury Verdict filed
- ☐ ......... Oral Verdict
- ☐ ......... Court Verdict
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... Court accepts verdict and orders verdict verified and recorded
- ☐ ......... Jury polled
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Prob 246B Order for PSI & Report
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Deft _____ REMANDED to custody
- ☐ ......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## NOTES OR
## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____