UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR124(SRU) |
| V. | : | |
| JAMES C. DUCKETT, JR. | : | NOVEMBER 17, 2017 |

DEFENDANT'S MOTION FOR PERMISSION TO
TRAVEL TO AND FROM RHODE ISLAND TO VISIT HIS SON

_____

For the reasons which follow, the defendant, James Duckett, moves this Court for permission to travel to Rhode Island periodically visit with his son, James Duckett III (d.o.b. 12-10-2008), to spend the day with him, and return him to his home the same day with prior notification to the United States Probation Office:

1.  The defendant, James Duckett, was convicted on or about July 6, 2017, of 12 counts of conspiracy to Commit Mail Wire Fraud; Wire Fraud and Illegal Monetary Transactions.

2.  The defendant is 45 years of age and lives in Danielson, Connecticut.

3. The defendant is presently out on bond and has been reporting to U.S. Probation as required. Sentencing is scheduled for December 6, 2017.

4. The defendant would like to be allowed to travel to and from 21 Notre Dame Avenue Pawtucket, Rhode Island 02860 to visit his son. If allowed to visit his son, the Defendant will only pick his son up and drop him off at his son's mother's home. The mother, Benvida Monteiro, has agreed to this arrangement.

5. Defendant has been in compliance with the terms of his release.

6. The Government was notified of the filing of this motion.

7. Mr. Duckett respectfully requests that the court grant his motion to visit his son in Rhode Island, and orders the following conditions related to the same:

    a. Prior to departure, U.S. Probation is informed of Defendant's destination, dates and times of travel;

    b. A telephone number is provided so that U.S. Probation can reach the defendant at any time;

    c. Notice to U.S. Probation upon return to Connecticut;

Wherefore, it is so moved.

                                       DEFENDANT, JAMES C. DUCKETT, JR.

                                       By   /s/ ct00009
                                       Richard R. Brown, Esq.
                                       Brown Paindiris & Scott, LLP
                                       100 Pearl Street, 2nd Floor
                                       Hartford, CT 06103
                                       Tel  860.522.3343
                                       Fax 860.522.2490
                                       Fed. Bar  Ct00009

## **CERTIFICATION**

This is to certify that on November 17, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. Sara P. Karwan
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

A.U.S.A. Douglas Morabito
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Abigail Mahar
Senior U.S. Probation Officer
Office of U.S. Probation
450 Main Street, Room 735
Hartford, CT 06103

    /s/ ct00009
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct00009