UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIMINAL NO. 3:16CR124(SRU)

V. :

JAMES C. DUCKETT, JR. : NOVEMBER 17, 2017

**DEFENDANT'S MOTION FOR PERMISSION TO
TRAVEL FOR MEDICAL APPOINTMENT**

_____

For the reasons which follow, the defendant, James Duckett, moves this Court for permission to travel to Massachusetts for a medical appointment at Dana Farber on Tuesday November 21, 2017 upon prior notification to the United States Probation Office:

1. The defendant, James Duckett, was convicted on or about July 6, 2017, of 12 counts of conspiracy to Commit Mail Wire Fraud; Wire Fraud and Illegal Monetary Transactions.

2. The defendant is 45 years of age and lives in Danielson, Connecticut.

3. The defendant is presently out on bond and has been reporting to U.S. Probation as required. Sentencing is scheduled for December 6, 2017.

4. On or about September 2017 the defendant was diagnosed with a serious illness known to the parties under seal. The defendant's physician, Dr. Alfred Crettella, M.D. has referred him to Dana Farber for additional testing and treatment. The defendant's first appointment is scheduled for November 21, 2017. (Proof of the appointment has been provided to A.U.S.A Karwan.)

5. Defendant is in compliance with the terms of his release.

6. The Government was notified of the filing of this motion.

7. Mr. Duckett respectfully requests that the court grant his motion to attend his medical appointment at Dana Farber, and order the following conditions related to the same:

   a. Prior to departure, U.S. Probation is informed of Defendant's destination, dates and times of travel;

   b. A telephone number is provided so that U.S. Probation can reach the defendant at any time;

   c. Notice to U.S. Probation upon return to Connecticut;

Wherefore, it is so moved.

                                    DEFENDANT, JAMES C. DUCKETT, JR.

                                    By   /s/ ct00009
                                    Richard R. Brown, Esq.
                                    Brown Paindiris & Scott, LLP
                                    100 Pearl Street, 2nd Floor
                                    Hartford, CT 06103
                                    Tel  860.522.3343
                                    Fax 860.522.2490
                                    Fed. Bar  Ct00009

**CERTIFICATION**

This is to certify that on November 17, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. Sara P. Karwan
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

A.U.S.A. Douglas Morabito
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Abigail Mahar
Senior U.S. Probation Officer
Office of U.S. Probation
450 Main Street, Room 735
Hartford, CT 06103

       /s/ ct00009
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009