UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR124(SRU) |
| V. | : | |
| JAMES C. DUCKETT, JR. | : | DECEMBER 13, 2017 |

## MOTION FOR PERMISSION TO TRAVEL TO VISIT FAMILY

For the reasons which follow, James C. Duckett, Jr., the defendant, moves this Court for permission to travel to Florida to visit his daughter and close family members upon notification to the United States Probation Office:

1. The defendant, James C. Duckett, Jr., was convicted on or about July 6, 2017, of 12 counts of conspiracy to Commit Mail Wire Fraud; Wire Fraud and Illegal Monetary Transactions.

2. The defendant is 45 years of age and lives in Danielson, Connecticut.

3. The defendant is presently out on bond and has been reporting to U.S. Probation as required.

4. The defendant was sentenced on December 6, 2017, and was provided a self-surrender date of January 31, 2018.

5. The defendant would like to visit his daughter in Florida from December 15th, 2017 through December 21, 2017.

6. The defendant's cousin, Rondell Jones, will be paying for defendant's airfare.

7. While visiting his daughter, Alexis Victoria Duckett, the defendant will be staying with Kimberly Amadon, whose residence is located at 5400 S. Williamson Boulevard Unit #301 Port Orange, Florida 32128.

8. Defendant is in compliance with the terms of his release.

9. Mr. Duckett is requesting permission to travel to see the above-referenced family members. U.S. Probation (Senior Probation Officer Abigail Mahar) leaves this to the Court and takes no position.

10. Counsel for the Defendant has communicated with A.U.S.A Karwan regarding this motion. Her position regarding this motion is she objects.

2

BROWN PAINDIRIS & SCOTT, LLP ATTORNEYS AT LAW
100 PEARL STREET HARTFORD, CONNECTICUT 06103 (860) 522-3343 JURIS NO. 20767

Wherefore, it is so moved.

DEFENDANT, JAMES C. DUCKETT, JR.

By _____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar No. ct00009
rbrown@bpslawyers.com

3

## CERTIFICATION

This is to certify that on December 13, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. Sara P. Karwan
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

A.U.S.A. Douglas Morabito
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Abigail Mahar
Senior U.S. Probation Officer
Office of U.S. Probation
450 Main Street, Room 735
Hartford, CT 06103

Richard Brown, Esq./ct00009

4

BROWN PAINDIRIS & SCOTT, LLP   ATTORNEYS AT LAW
100 PEARL STREET   HARTFORD, CONNECTICUT 06103   (860) 522-3343   JURIS NO. 20767