# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | CRIMINAL NO. 3:16CR124(SRU) |
|  | ) | |
| JAMES C. DUCKETT, JR. | ) | |
| _____) | | DECEMBER 20, 2017 |

## DEFENDANT'S MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

The Defendant respectfully moves this court for permission to appeal his conviction and sentence in formal pauperis in the above-titled matter, pursuant to Federal Rule of Appellate Procedure 24.  In support of this motion, the Defendant asserts the following:

1. The defendant makes specific reference to the attached Affidavit filed in support of this motion, [Doc. #129], as demonstrative of his financial wherewithal at the present time.

2. The defendant does not have the financial means to pay or give security for fees or costs associated with instituting or maintaining an appeal in the instant matter.

3. The defendant seeks to appeal his conviction and sentence on the grounds of insufficiency of the evidence, error(s) related to the jury instructions, fundamental fairness of the sentence imposed, and/or other issues to be indicated by appellate counsel if necessary.

Wherefore, it is respectfully moved that the defendant be able to appeal his conviction and sentence in forma pauperis.

**Respectfully submitted,**
Defendant, James C. Duckett, Jr.

By  /s/ 29237
　　Cody N. Guarnieri, Esq.
　　Brown Paindiris & Scott, LLP
　　100 Pearl Street, 2nd Floor
　　Hartford, CT 06103
　　Tel  860.522.3343
　　Fax 860.522.2490
　　Fed. Bar  Ct29237
　　cody@bpslawyers.com

## **CERTIFICATION**

This is to certify that on December 20, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.  Also sent to the following by U.S. postal mail:

A.U.S.A. Sarah Karwan
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

A.U.S.A. Douglas Morabito
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

      /s/ 29237
Cody N. Guarnieri, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct29237