Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

District of Connecticut

Caption:
United States of America v.

JAMES C. DUCKETT, JR.

Docket No.: 3:16CR124(SRU)

_____
(District Court Judge)

Notice is hereby given that James C. Duckett, Jr. appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on December 6, 2017
                              (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: December 6, 2017   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |  |   N/A |  |

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Richard R. Brown, Esq. and Cody N. Guarnieri, Esq. |
| Counsel's Address: | Brown, Paindiris & Scott, LLP |
| | 100 Pearl Street, 2nd Floor, Hartford, CT 06103 |
| Counsel's Phone: | (860) 522-3343 |
| Assistant U.S. Attorney: | Sarah P. Karwin, Esq. and Douglas Morabito, Esq. |
| AUSA's Address: | 157 Church Street, New Haven, CT 06510 |
| AUSA's Phone: | (203) 821-3700 |

_____
Signature