# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:16-cr-00124-SRU-2

Case title: USA v. Anderson et al               Date Filed: 06/22/2016

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2016 | view1 | SEALED INDICTMENT returned before Judge Sarah A. L. Merriam. Grand jury number N-15-3 Warrant to issue as to Mitchell Anderson (1) count(s) 1, 2-5, 6-9, 11-16, 19-23, 25-26, James C Duckett, Jr (2) count(s) 1, 8-10, 11, 13-14, 16-18, 21-24. (Caffrey, A.) (Entered: 06/22/2016) |
| 06/23/2016 | view | CASE UNSEALED as to Mitchell Anderson, James C Duckett, Jr (Freberg, B) (Entered: 06/24/2016) |
| 06/23/2016 | view15 | ELECTRONIC FILING ORDER as to Mitchell Anderson, James C Duckett, Jr - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Stefan R. Underhill on 6/23/2016. (Freberg, B) (Entered: 06/30/2016) |
| 06/23/2016 | view | INDICTMENT UNSEALED as to Mitchell Anderson, James C Duckett, Jr (Freberg, B) (Entered: 06/30/2016) |
| 06/24/2016 | view | Arrest of James C Duckett, Jr in District of Nevada (Las Vegas). (Oliver, T.) (Entered: 07/12/2016) |
| 06/29/2016 | view13 | USM Return of Service on Arrest Warrant executed as to James C Duckett, Jr on 6/23/2016 (Nuzzi, T) (Entered: 06/29/2016) |
| 06/30/2016 | view14 | NOTICE OF HEARING as to James C Duckett, Jr ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Arraignment set for 7/5/2016 01:00 PM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Karwan, Sarah) (Entered: 06/30/2016) |
| 07/01/2016 | view19 | ATTORNEY APPEARANCE: Richard R. Brown appearing for James C Duckett, Jr (Brown, Richard) (Entered: 07/01/2016) |
| 07/05/2016 | view20 | Receipt for Surrender of Passport as to James C Duckett, Jr Passport Number 530486340 issued by USA Receipt Number 9874 (Caffrey, A.) (Entered: 07/05/2016) |

| 07/05/2016 | view22 | MOTION for Order Re: for a Protective Order by USA as to Mitchell Anderson, James C Duckett, Jr. (Attachments: # 1 Affidavit of Special Agent Kevin Millen In Support of Motion, # 2 Text of Proposed Order)(Karwan, Sarah) (Entered: 07/05/2016) |
|---|---|---|
| 07/05/2016 | view23 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam:Arraignment as to James C Duckett Jr. (2) held on 7/5/2016, Not Guilty Plea entered by James C Duckett Jr. (2) as to Counts 1,8-10,11,13-14,16-18,21-24. Total Time: 37 minutes(Court Reporter FTR.)(Freberg, B) (Entered: 07/06/2016) |
| 07/05/2016 | view24 | ORDER Setting Conditions of Release as to James C Duckett, Jr Signed by Judge Sarah A. L. Merriam on 7/5/2016. (Freberg, B) (Entered: 07/06/2016) |
| 07/05/2016 | view25 | SEALED BAIL INFORMATION SHEET by James C Duckett, Jr (Freberg, B) (Entered: 07/06/2016) |
| 07/05/2016 | view26 | SEALED SURETY INFORMATION SHEET by James C Duckett, Jr (Freberg, B) (Entered: 07/06/2016) |
| 07/05/2016 | view28 | Non-Surety Bond Entered as to James C Duckett, Jr in amount of $ 100,000.00, (Freberg, B) (Entered: 07/07/2016) |
| 07/07/2016 | view27 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 8/12/2016 at 9:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 07/07/2016) |
| 07/07/2016 | view29 | ORDER granting 22 Motion for Order as to Mitchell Anderson (1), James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 7/7/2016. (Oliver, T.) (Entered: 07/07/2016) |
| 07/07/2016 | view30 | PROTECTIVE ORDER as to Mitchell Anderson, James C Duckett, Jr Signed by Judge Stefan R. Underhill on 7/7/2016. (Oliver, T.) (Entered: 07/07/2016) |
| 07/11/2016 | view31 | Rule 5 Documents Received as to James C Duckett, Jr (Oliver, T.) (Entered: 07/12/2016) |
| 07/12/2016 | view32 | SEALED CJA 23 Financial Affidavit by James C Duckett, Jr (Oliver, T.) (Entered: 07/12/2016) |

| 08/05/2016 | view36 | First MOTION for Extension of Time for Trial and Scheduling Order until on or before December 1, 2016 by James C Duckett, Jr. (Brown, Richard) (Entered: 08/05/2016) |
|---|---|---|
| 08/08/2016 | view38 | ORDER granting 36 First MOTION for Extension of Time for Trial and Scheduling Order until on or before December 1, 2016 as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 8/8/2016. (Jaiman, R.) (Entered: 08/08/2016) |
| 08/08/2016 | view41 | ORDER as to James C Duckett, Jr re 32 Financial Affidavit - CJA23<br>Signed by Judge Stefan R. Underhill on 8/8/16. (Oliver, T.) (Entered: 08/08/2016) |
| 08/08/2016 | view42 | ORDER TO CONTINUE - Ends of Justice as to James C Duckett, Jr Time excluded from 8/12/2016 until 11/14/2016. Subject to the filing of a waiver.<br>Signed by Judge Stefan R. Underhill on 8/8/2016. (Jaiman, R.) (Entered: 08/08/2016) |
| 08/09/2016 | view43 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Substantive motion due 10/13/16; Government response due 10/27/16 *RESET FROM 8/12/2016* Jury Selection set for 11/4/2016 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 08/09/2016) |
| 08/15/2016 | view44 | WAIVER of Speedy Trial by James C Duckett, Jr (Brown, Richard) (Entered: 08/15/2016) |
| 10/13/2016 | view45 | Second MOTION for Extension of Time re: Trial and Scheduling Order until February 4, 2017 by James C Duckett, Jr. (Brown, Richard) (Entered: 10/13/2016) |
| 10/17/2016 | view46 | ORDER granting 45 Second MOTION for Extension of Time re: Trial and Scheduling Order until February 3, 2017 as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 10/17/2016. (Jaiman, R.) (Entered: 10/17/2016) |
| 10/17/2016 | view47 | ENTERED IN ERROR.. ORDER TO CONTINUE - Ends of Justice as to James C Duckett, Jr Time excluded from 11/3/2016 until 2/4/2017.<br>Signed by Judge Stefan R. Underhill on 10/17/2016. (Jaiman, R.) Modified on 10/17/2016 (Jaiman, R.). Modified on 10/17/2016 (Jaiman, R.). (Entered: 10/17/2016) |

| 10/17/2016 | view48 | ORDER TO CONTINUE - Ends of Justice as to James C Duckett, Jr Time excluded from 11/3/2016 until 2/3/2017 Signed by Judge Stefan R. Underhill on 10/17/2016. (Jaiman, R.) (Entered: 10/17/2016) |
|---|---|---|
| 10/17/2016 | view49 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 11/4/2016*, SCHEDULING ORDER DEADLINES as to James C. Duckett, Jr; Discovery Motions due 12/13/2016; Government Response due 1/9/2017; Jury Selection set for 2/3/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 10/17/2016) |
| 11/02/2016 | view53 | NOTICE OF E-FILED CALENDAR as to Mitchell Anderson, James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 11/4/2016*( Jury Selection set for 2/3/2017 at 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill) (Jaiman, R.) (Entered: 11/02/2016) |
| 11/18/2016 | view54 | WAIVER of Speedy Trial by James C Duckett, Jr (Brown, Richard) (Entered: 11/18/2016) |
| 11/30/2016 | view55 | MOTION to Travel *Within the United States* by James C Duckett, Jr. (Brown, Richard) (Entered: 11/30/2016) |
| 12/06/2016 | view56 | NOTICE OF E-FILED CALENDAR with regard to Mitchell Anderson, James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection *reset* for January 31, 2017 *from February 3, 2017* at 9:00 a.m. in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Jamieson, K) (Entered: 12/06/2016) |
| 12/20/2016 | view57 | ORDER granting 55 MOTION to Travel within the United States with regard to James C. Duckett, Jr. (2). Signed by Judge Stefan R. Underhill on 12/20/2016. (Jamieson, K) (Entered: 12/20/2016) |
| 01/23/2017 | view58 | Third MOTION for Extension of Time re: Trial until May of 2017 by James C Duckett, Jr. (Brown, Richard) (Entered: 01/23/2017) |

| 01/27/2017 | view59 | WAIVER of Speedy Trial by James C Duckett, Jr (Brown, Richard) (Entered: 01/27/2017) |
|---|---|---|
| 01/30/2017 | view60 | ORDER granting 58 Third Motion for Extension of Time re: trial and scheduling order as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 1/30/217. (Jaiman, R.) (Entered: 01/30/2017) |
| 01/30/2017 | view61 | ORDER TO CONTINUE - Ends of Justice as to James C Duckett, Jr Time excluded from 2/3/2017 until 5/5/2017 Signed by Judge Stefan R. Underhill on 1/30/2017. (Jaiman, R.) (Entered: 01/30/2017) |
| 01/30/2017 | view62 | NOTICE OF E-FILED CALENDAR as to Mitchell Anderson, James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 2/3/2017* Jury Selection set for 5/5/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 01/30/2017) |
| 03/24/2017 | view70 | MOTION for Hearing *Pre-trial Status Conference* by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 03/24/2017) |
| 03/31/2017 | view71 | ORDER granting 70 MOTION for Hearing with regard to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 03/31/2017. (Jamieson, K) (Entered: 03/31/2017) |
| 03/31/2017 | view72 | NOTICE OF E-FILED CALENDAR with regard to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for April 18, 2017 at 3:30 p.m. in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Jamieson, K) (Entered: 03/31/2017) |
| 04/18/2017 | view73 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Conference as to James C Duckett, Jr., held on 4/18/2017. Total Time: 0 hours and 25 minutes. (Court Reporter Sharon Masse.) (Landman, M) (Entered: 04/18/2017) |
| 04/18/2017 | view74 | MEMORANDUM OF CONFERENCE, ORDER as to James C Duckett, Jr. Signed by Judge Stefan R. Underhill on 4/18/2017. (Landman, M) (Entered: 04/18/2017) |

| 04/19/2017 | view75 | ATTORNEY APPEARANCE: Cody Nolan Guarnieri appearing for James C Duckett, Jr (Guarnieri, Cody) (Entered: 04/19/2017) |
| 04/21/2017 | view77 | WAIVER of Speedy Trial by James C Duckett, Jr (Brown, Richard) (Entered: 04/21/2017) |
| 04/25/2017 | view79 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Frye Hearing set for 5/15/2017 02:00 PM in Magistrate Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel (Torres, K.) (Entered: 04/25/2017) |
| 04/26/2017 | view80 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 6/2/2017 at 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill; Jury Trial set for 6/26/2017 at 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Landman, M) (Entered: 04/26/2017) |
| 04/26/2017 | view81 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference/Hearing on any forthcoming motions set for 6/15/2017 at 02:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Landman, M) (Entered: 04/26/2017) |
| 04/26/2017 | view82 | ORDER TO CONTINUE - Ends of Justice as to James C Duckett, Jr. Time excluded from 5/5/2017 until 6/2/2017. Signed by Judge Stefan R. Underhill on 4/26/2017. (Landman, M) (Entered: 04/26/2017) |
| 05/01/2017 | view83 | MOTION for Disclosure *of Indicted and Unindicted Alleged Co-Conspirators as Well as a Witness of Anticipated Witnesses* by James C Duckett, Jr. (Brown, Richard) (Entered: 05/01/2017) |
| 05/01/2017 | view84 | Memorandum in Support by James C Duckett, Jr re 83 MOTION for Disclosure *of Indicted and Unindicted Alleged Co-Conspirators as Well as a Witness of Anticipated Witnesses* (Brown, Richard) (Entered: 05/01/2017) |

| 05/01/2017 | view85 | MOTION for Bill of Particulars by James C Duckett, Jr. (Brown, Richard) (Entered: 05/01/2017) |
|---|---|---|
| 05/01/2017 | view86 | Memorandum in Support by James C Duckett, Jr re 85 MOTION for Bill of Particulars (Brown, Richard) (Entered: 05/01/2017) |
| 05/02/2017 | view87 | MOTION to Produce *the United States Production of Documents* by James C Duckett, Jr. (Brown, Richard) (Entered: 05/02/2017) |
| 05/02/2017 | view88 | Memorandum in Support by James C Duckett, Jr re 87 MOTION to Produce *the United States Production of Documents* (Brown, Richard) (Entered: 05/02/2017) |
| 05/15/2017 | view89 | Minute Entry for proceedings held before Judge William I. Garfinkel:Frye Hearing as to James C Duckett, Jr held on 5/15/2017 35 minutes(Court Reporter Falzarano.)(Torres, K.) (Entered: 05/17/2017) |
| 05/21/2017 | view90 | Memorandum in Opposition by USA as to James C Duckett, Jr re 83 MOTION for Disclosure *of Indicted and Unindicted Alleged Co-Conspirators as Well as a Witness of Anticipated Witnesses* (Karwan, Sarah) (Entered: 05/21/2017) |
| 05/21/2017 | view91 | Memorandum in Opposition by USA as to James C Duckett, Jr re 85 MOTION for Bill of Particulars (Karwan, Sarah) (Entered: 05/21/2017) |
| 05/21/2017 | view92 | Memorandum in Opposition by USA as to James C Duckett, Jr re 87 MOTION to Produce *the United States Production of Documents* (Karwan, Sarah) (Entered: 05/21/2017) |
| 05/25/2017 | view99 | Probation Form 8 Petition for Action on Conditions of Pretrial Release as to James C Duckett, Jr Signed by Judge Stefan R. Underhill on 5/24/2017. (Torres, K.) (Entered: 05/31/2017) |
| 05/26/2017 | view | Arrest of James C Duckett, Jr (Torres, K.) (Entered: 05/31/2017) |
| 05/26/2017 | view100 | Minute Entry for proceedings held before Judge William I. Garfinkel:Detention Hearing as to James C Duckett, Jr held on 5/26/2017 Defendant detained. 37 minutes(Court Reporter FTR.)(Torres, K.) (Entered: 05/31/2017) |
| 05/29/2017 | view94 | Proposed Voir Dire by USA as to James C Duckett, Jr (Karwan, Sarah) (Entered: 05/29/2017) |
| 05/30/2017 | view95 | First MOTION in Limine *To Exclude Bad Act Evidence Under Fed. R. Evid. 403, 404 And Evidence of Piror Convictrion Under Fed. R. Evid 609* by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 05/30/2017) |

| 05/30/2017 | view96 | Memorandum in Support by James C Duckett, Jr re 95 First MOTION in Limine *To Exclude Bad Act Evidence Under Fed. R. Evid. 403, 404 And Evidence of Piror Convictrion Under Fed. R. Evid 609* (Guarnieri, Cody) (Entered: 05/30/2017) |
| --- | --- | --- |
| 05/30/2017 | view97 | Proposed Voir Dire by James C Duckett, Jr (Guarnieri, Cody) (Entered: 05/30/2017) |
| 05/30/2017 | view98 | MOTION To Permit Opening Statements by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 05/30/2017) |
| 05/31/2017 | view101 | Memorandum in Opposition by James C Duckett, Jr re 98 MOTION To Permit Opening Statements *Defendant's Memorandum In Opposition To Government Motion For An Opening Statement* (Guarnieri, Cody) (Entered: 05/31/2017) |
| 06/01/2017 | view102 | First MOTION to Modify Conditions of Release *DEFENDANTS MOTION TO MODIFY CONDITIONS OF RELEASE OF DEFENDANT JAMES C. DUCKETT, JR.* by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 06/01/2017) |
| 06/02/2017 | view103 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Jury Selection as to James C Duckett, Jr held on 6/2/2017. Defendant detained. Total Time: 4 hours and 04 minutes(Court Reporter Masse, S.)(Jaiman, R.) (Entered: 06/05/2017) |
| 06/02/2017 | view106 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Bond Hearing; Motion Hearing as to James C Duckett, Jr held on 6/2/2017 re 102 First MOTION to Modify Conditions of Release filed by James C Duckett, Jr. granting 102 Motion to Modify Conditions of Release as to James C Duckett Jr. 50 minutes(Court Reporter Masse, S.) (Jaiman, R.) (Entered: 06/07/2017) |
| 06/02/2017 | view107 | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE as to James C Duckett, Jr. Signed by Judge Stefan R. Underhill on 5/26/2017. (Jaiman, R.) (Entered: 06/07/2017) |
| 06/02/2017 | view121 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Voir Dire begun on 6/2/2017 James C Duckett Jr. (2) on Count 1,8-10,11,13-14,16-18,21-24 (Jaiman, R.) (Entered: 06/29/2017) |
| 06/05/2017 | view104 | MOTION to Seal June 5, 2017 Ex Parte Motion Concerning the Disclosure of Information Relating to a Trial Witness by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 06/05/2017) |

| 06/05/2017 | view105 | SEALED MOTION Ex Parte Motion Concerning Witness Disclosure - by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 06/05/2017) |
|---|---|---|
| 06/08/2017 | view109 | USM Return of Service on Arrest Warrant executed as to James C Duckett, Jr on 05/26/2017 (Peterson, M) (Entered: 06/12/2017) |
| 06/12/2017 | view108 | Memorandum in Opposition by USA as to James C Duckett, Jr re 95 First MOTION in Limine *To Exclude Bad Act Evidence Under Fed. R. Evid. 403, 404 And Evidence of Piror Convictrion Under Fed. R. Evid 609* (Karwan, Sarah) (Entered: 06/12/2017) |
| 06/12/2017 | view110 | ORDER granting 104 Motion to Seal as to James C Duckett Jr. (2); granting 105 Sealed Motion as to James C Duckett Jr. (2). The parties shall comply with the procedure outlined on page 4 of the 105 Sealed Motion. Signed by Judge Stefan R. Underhill on 6/12/2017. (Landman, M) (Entered: 06/12/2017) |
| 06/14/2017 | view111 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: DETENTION HEARING. Held on 05/26/2017 before Judge WILLIAM I. GARFINKEL. Court Reporter: eScribers. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/5/2017. Redacted Transcript Deadline set for 7/15/2017. Release of Transcript Restriction set for 9/12/2017. (Gottlieb, J) (Entered: 06/14/2017) |
| 06/15/2017 | view112 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing as to James C Duckett, Jr held on 6/15/2017; denied as moot 83 Motion for Disclosure; denied as moot 85 Motion for Bill of Particulars; denied as moot 87 Motion to Produce; granting in part and denying in part 95 Motion in Limine; denying 98 Motion To Permit Opening Statements as to James C Duckett Jr. filed by the USA 56 |

| | | |
|---|---|---|
| | | minutes(Court Reporter Masse, S.) (Jaiman, R.) (Entered: 06/16/2017) |
| 06/17/2017 | view113 | Memorandum in Opposition by USA as to James C Duckett, Jr re 95 First MOTION in Limine *To Exclude Bad Act Evidence Under Fed. R. Evid. 403, 404 And Evidence of Piror Convictrion Under Fed. R. Evid 609 Supplemental Memorandum* (Karwan, Sarah) (Entered: 06/17/2017) |
| 06/19/2017 | view114 | Proposed Jury Instructions by James C Duckett, Jr (Guarnieri, Cody) (Entered: 06/19/2017) |
| 06/19/2017 | view115 | Proposed Jury Instructions by USA as to James C Duckett, Jr (Karwan, Sarah) (Entered: 06/19/2017) |
| 06/25/2017 | view116 | MOTION Exclude Certain of the Defendant's Exhibits by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 06/25/2017) |
| 06/26/2017 | view117 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Jury Trial as to James C Duckett, Jr held on 6/26/2017 Jury Trial Continued Until June 27, 2017 Total Time: 6 hours and 55 minutes(Court Reporter Masse, S.)(Jaiman, R.) (Entered: 06/27/2017) |
| 06/27/2017 | view118 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Trial set for 6/27/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill Jury Trial set for 6/28/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill Jury Trial set for 6/29/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill Jury Trial set for 6/30/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill Jury Trial set for 7/5/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill Jury Trial set for 7/6/2017 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 06/27/2017) |
| 06/27/2017 | view119 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Jury Trial as to James C Duckett, Jr held on 6/27/2017 Jury Trial Continued Until June 28, 2017 Total Time: 6 hours and 55 minutes(Court Reporter Masse, S.)(Jaiman, R.) (Entered: 06/28/2017) |

| 06/28/2017 | [view]120 | ORAL MOTION to Preclude Testimony by James C Duckett, Jr. (Jaiman, R.) (Entered: 06/28/2017) |
|---|---|---|
| 06/28/2017 | [view]122 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Jury Trial and Motion Hearing held on 6/28/2017 as to James C Duckett, Jr held on 6/28/2017; denying 120 Oral Motion to Preclude as to James C Duckett Jr. (2); Jury Trial Continued Until 6/29/2017.Total Time: 5 hours and 30 minutes(Court Reporter Masse, S.) (Jaiman, R.) (Entered: 06/29/2017) |
| 06/29/2017 | [view]125 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Jury Trial as to James C Duckett, Jr held on 6/29/2017 Jury Trial Continued Until 7/5/2017 Total Time: 6 hours and 22 minutes(Court Reporter Masse, S.)(Jaiman, R.) (Entered: 06/30/2017) |
| 06/30/2017 | [view]123 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Cross-Examination of Mitchell Anderson. Held on 6-28-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/21/2017. Redacted Transcript Deadline set for 7/31/2017. Release of Transcript Restriction set for 9/28/2017. (Masse, S.) (Entered: 06/30/2017) |
| 06/30/2017 | [view]124 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Continued Cross-Examination of Mitchell Anderson. Held on 6-29-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of |

| | | |
|---|---|---|
| | | personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/21/2017. Redacted Transcript Deadline set for 7/31/2017. Release of Transcript Restriction set for 9/28/2017. (Masse, S.) (Entered: 06/30/2017) |
| 07/03/2017 | view126 | Proposed Jury Instructions by USA as to James C Duckett, Jr (Attachments: # 1 Exhibit A- Jury Instructions in US v. Bick and US v. Jackson and Hurt)(Karwan, Sarah) (Entered: 07/03/2017) |
| 07/05/2017 | view127 | ORDER denying as moot 116 Motion to Exclude Certain of the Defendant's Exhibits by USA as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 7/5/2017. (Landman, M) (Entered: 07/05/2017) |
| 07/05/2017 | view128 | ORAL MOTION to Dismiss count 24 by USA as to James C Duckett, Jr. (Gould, K.) (Entered: 07/06/2017) |
| 07/05/2017 | view129 | ORAL MOTION under rule 29 by James C Duckett, Jr. (Gould, K.) (Entered: 07/06/2017) |
| 07/05/2017 | view130 | Minute Entry for proceedings held before Judge Stefan R. Underhill: granting oral 128 Motion to Dismiss count 24 as to James C Duckett Jr. (2); denying oral 129 Motion under rule 29 as to James C Duckett Jr. (2); Jury Trial as to James C Duckett, Jr held on 7/5/2017 Jury Trial Continued Until 7/6/2017; Motion Hearing as to James C Duckett, Jr held on 7/5/2017 re 129 MOTION under rule 29 filed by James C Duckett, Jr., 128 MOTION to Dismiss count 24 filed by USA. Total Time: 5 hours and 10 minutes(Court Reporter S. Masse.) (Gould, K.) (Entered: 07/06/2017) |
| 07/05/2017 | view134 | DISMISSAL OF COUNT 24 as to James C Duckett, Jr. (Gould, K.) (Entered: 07/11/2017) |
| 07/06/2017 | view131 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Jury Trial as to James C Duckett, Jr held on 7/6/2017 Total Time: 4 hours and 30 minutes(Court Reporter S Masse.)(Gould, K.) (Entered: 07/11/2017) |
| 07/06/2017 | view132 | COURT EXHIBIT LIST as to James C Duckett, Jr (Gould, K.) (Entered: 07/11/2017) |

| 07/06/2017 | view133 | Witness List by USA, James C Duckett, Jr as to James C Duckett, Jr (Gould, K.) (Entered: 07/11/2017) |
|---|---|---|
| 07/06/2017 | view135 | JURY VERDICT with foreperson's signature redacted as to James C Duckett Jr. (2) Guilty on Counts 1,8-10,11,13-14,16-18,22-23 James C Duckett Jr. (2) Not Guilty on Count 21. (Gould, K.) (Entered: 07/11/2017) |
| 07/06/2017 | view136 | Unredacted document with FOREPERSON'S SIGNATURE regarding Jury Verdict 135 as to defendantJames C Duckett, Jr. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Gould, K.) (Entered: 07/11/2017) |
| 07/06/2017 | view137 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to James C Duckett, Jr. First Disclosure-PSI due 8/29/17 Objections Due 9/12/17 2nd-Disclosure PSI due 9/22/17 Sentencing Memorandum due 7 days before sentencing Response due 4 days before sentencing Sentencing set for 10/10/2017 11:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill<br>Signed by Judge Stefan R. Underhill on 7/6/2017. (Gould, K.) (Entered: 07/11/2017) |
| 07/06/2017 | view138 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 10/10/2017 11:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Gould, K.) (Entered: 07/11/2017) |
| 07/06/2017 | view139 | Exhibit List by James C Duckett, Jr (Gould, K.) (Entered: 07/13/2017) |
| 07/06/2017 | view141 | Acknowledgment of Receipt of Exhibits by James C Duckett, Jr (Gould, K.) (Entered: 07/14/2017) |
| 07/07/2017 | view140 | Acknowledgment of Receipt of Exhibits by USA as to James C Duckett, Jr (Gould, K.) (Entered: 07/14/2017) |
| 07/18/2017 | view142 | First MOTION for Extension of Time Post-Conviction motions *Defendant's Motion For Enlargement of Time* until August 19, 2017 by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 07/18/2017) |
| 07/19/2017 | view143 | ORDER granting 142 Motion for Extension of Time as to James C Duckett Jr. (2). Post-trial motions due August 19, 2017. Signed |

| | | |
|---|---|---|
| | | by Judge Stefan R. Underhill on 7/19/2017. (Landman, M) (Entered: 07/19/2017) |
| 07/25/2017 | view144 | Emergency MOTION to Travel *For Family Member's Funeral* by James C Duckett, Jr. (Brown, Richard) (Entered: 07/25/2017) |
| 07/25/2017 | view145 | ORDER granting 144 Motion to Travel as to James C Duckett Jr. (2) provided that Mr. Duckett complies with the requirements of his probation officer, as set forth in paragraphs 7(a)-(e) of the 144 Motion. Signed by Judge Stefan R. Underhill on 7/25/2017. (Landman, M) (Entered: 07/25/2017) |
| 08/21/2017 | view147 | First MOTION for Acquittal *Defendant's Motion For Judgement Of Acquittal Pursuant To F.R. Crim. Pro. 29* by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 08/21/2017) |
| 08/21/2017 | view148 | First MOTION for New Trial *Defendant's Motion For A New Trial Pursuant To Rule 33* by James C Duckett, Jr. (Guarnieri, Cody) (Additional attachment(s) added on 8/22/2017: # 1 REPLACEMENT PDF) (Oliver, T.). (Entered: 08/21/2017) |
| 08/21/2017 | view149 | Memorandum in Support by James C Duckett, Jr re 147 First MOTION for Acquittal *Defendant's Motion For Judgement Of Acquittal Pursuant To F.R. Crim. Pro. 29 Defendant's Memorandum In Support Of Motion For Judgment Of Acquittal Pursuant To F.R. Crim. Pro. 29* (Guarnieri, Cody) (Entered: 08/21/2017) |
| 08/21/2017 | view150 | Memorandum in Support by James C Duckett, Jr re 148 First MOTION for New Trial *Defendant's Motion For A New Trial Pursuant To Rule 33 Memorandum Of Law In Support Of Defendant's Motion For A New Trial Pursuant To Rule 33* (Guarnieri, Cody) (Entered: 08/21/2017) |
| 08/22/2017 | view151 | Docket Entry Correction as to James C Duckett, Jr re 148 First MOTION for New Trial *Defendant's Motion For A New Trial Pursuant To Rule 33* MODIFIED TO ADD REPLACEMENT PDF TO THE DOCKET ENTRY; INCORRECT PDF WAS ORIGINALLY UPLOADED (Oliver, T.) (Entered: 08/22/2017) |
| 08/29/2017 | view152 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to James C Duckett, Jr. (available to USA, James C Duckett, Jr) (Attachments: # 1 Defendant Offense Letter, # 2 Indictment, # 3 Verdict Sheet)(Hunt, S.) (Entered: 08/29/2017) |
| 09/05/2017 | view154 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Direct and Redirect Examination of Richard Laxton, Jr.. Held on 6-27-2017 before |

| | | |
|---|---|---|
| | | Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/26/2017. Redacted Transcript Deadline set for 10/6/2017. Release of Transcript Restriction set for 12/4/2017. (Masse, S.) (Entered: 09/05/2017) |
| 09/05/2017 | view155 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Direct Examination of Mitchell David Anderson, Volume I. Held on 6-27-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/26/2017. Redacted Transcript Deadline set for 10/6/2017. Release of Transcript Restriction set for 12/4/2017. (Masse, S.) (Entered: 09/05/2017) |
| 09/05/2017 | view156 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Direct Examination (Continued) of Mitchell David Anderson, Volume II. Held on 6-28-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF** |

| | | |
|---|---|---|
| | | **TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/26/2017. Redacted Transcript Deadline set for 10/6/2017. Release of Transcript Restriction set for 12/4/2017. (Masse, S.) (Entered: 09/05/2017) |
| 09/05/2017 | [view157] | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Redirect Examination of Mitchell David Anderson. Held on 6-29-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/26/2017. Redacted Transcript Deadline set for 10/6/2017. Release of Transcript Restriction set for 12/4/2017. (Masse, S.) (Entered: 09/05/2017) |
| 09/05/2017 | [view158] | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Direct Examination of Elda Sinani. Held on 6-29-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with |

| | | |
|---|---|---|
| | | the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/26/2017. Redacted Transcript Deadline set for 10/6/2017. Release of Transcript Restriction set for 12/4/2017. (Masse, S.) (Entered: 09/05/2017) |
| 09/05/2017 | view159 | TRANSCRIPT of Proceedings: as to James C Duckett, Jr Type of Hearing: Excerpt of Jury Trial, Testimony of Tom Novajasky. Held on 6-29-2017 before Judge Stefan R. Underhill. Court Reporter: Sharon Masse. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/26/2017. Redacted Transcript Deadline set for 10/6/2017. Release of Transcript Restriction set for 12/4/2017. (Masse, S.) (Entered: 09/05/2017) |
| 09/11/2017 | view160 | Memorandum in Opposition by USA as to James C Duckett, Jr re 148 First MOTION for New Trial *Defendant's Motion For A New Trial Pursuant To Rule 33*, 147 First MOTION for Acquittal *Defendant's Motion For Judgement Of Acquittal Pursuant To F.R. Crim. Pro. 29* (Karwan, Sarah) (Entered: 09/11/2017) |
| 09/22/2017 | view161 | PRESENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to James C Duckett, Jr. (available to USA, James C Duckett, Jr) (Attachments: # 1 Addendum, # 2 Government's Letter, # 3 Defendant's Letter)(Montesi, J) (Entered: 09/22/2017) |

| 09/22/2017 | view162 | Sealed Sentencing Recommendation: as to James C Duckett, Jr (Montesi, J) (Entered: 09/22/2017) |
|---|---|---|
| 09/25/2017 | view163 | RESPONSE/REPLY by James C Duckett, Jr re 160 Memorandum in Opposition to Motion, (Guarnieri, Cody) (Entered: 09/25/2017) |
| 09/25/2017 | view164 | SEALED MOTION Motion to File Under Seal Defendant James Duckett's Motion for Extension of Time Re: Sentencing - by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 09/25/2017) |
| 09/25/2017 | view165 | SEALED MOTION Defendant' s Motion for Enlargement of Time re: Sentencing - by James C Duckett, Jr. (Attachments: # 1 Exhibit Exhibit A)(Guarnieri, Cody) (Entered: 09/25/2017) |
| 09/26/2017 | view166 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/10/2017* Sentencing set for 11/17/2017 12:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 09/26/2017) |
| 09/29/2017 | view168 | ORDER granting 164 Sealed Motion to File Under Seal as to James C Duckett Jr. (2); granting 165 Sealed Motion for Enlargment of Time re: Sentencing as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 9/29/17. (Kaas, E.) (Entered: 09/29/2017) |
| 09/29/2017 | view171 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 10/13/2017 05:00 PM before Judge Stefan R. Underhill. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Kaas, E.) (Entered: 09/29/2017) |
| 10/04/2017 | view173 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 10/13/17 at 5:00 pm*: Telephonic Status Conference set for 10/13/2017 01:00 PM before Judge Stefan R. Underhill. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as |

| | | |
|---|---|---|
| | | the host, bypass that option by dialing #.) (Kaas, E.) (Entered: 10/04/2017) |
| 10/06/2017 | view175 | RESPONSE/REPLY by USA as to James C Duckett, Jr re 165 Sealed Motion (Karwan, Sarah) (Entered: 10/06/2017) |
| 10/06/2017 | view176 | MOTION to Seal Exhibit- Memo. of Interview dated Oct. 6, 2017 by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 10/06/2017) |
| 10/06/2017 | view177 | Sealed Document: Exhibit- Memo. of Interview Dated Oct. 6, 2017 by USA as to James C Duckett, Jr re 176 MOTION to Seal Exhibit- Memo. of Interview dated Oct. 6, 2017 - (Karwan, Sarah) (Entered: 10/06/2017) |
| 10/12/2017 | view179 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 10/13/17 at 1:00 pm* Telephonic Status Conference set for 10/13/2017 01:30 PM before Judge Stefan R. Underhill. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Kaas, E.) (Entered: 10/12/2017) |
| 10/13/2017 | view180 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Status Conference as to James C Duckett, Jr held on 10/16/2017. Total Time: 0 hours and 25 minutes. (Court Reporter S. Masse.) (Kaas, E.) Modified on 11/7/2017 (Jaiman, R.). (Entered: 10/16/2017) |
| 10/17/2017 | view181 | ORDER granting 176 Motion to Seal as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 10/17/2017. (Jaiman, R.) (Entered: 10/17/2017) |
| 10/27/2017 | view182 | MOTION to Travel by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 10/27/2017) |
| 10/30/2017 | view183 | Memorandum in Opposition by USA as to James C Duckett, Jr re 182 MOTION to Travel (Karwan, Sarah) (Entered: 10/30/2017) |
| 10/30/2017 | view184 | MOTION to Seal Memo of Interview of RR by USA as to James C Duckett, Jr. (Karwan, Sarah) (Entered: 10/30/2017) |
| 10/30/2017 | view185 | Sealed Document: Memo of Interview of RR by USA as to James C Duckett, Jr re 184 MOTION to Seal Memo of Interview of RR - (Karwan, Sarah) (Entered: 10/30/2017) |

| 11/09/2017 | view186 | MOTION to Travel *for Family Member's Funeral* by James C Duckett, Jr. (Attachments: # 1 Exhibit Exhibit 1)(Brown, Richard) (Entered: 11/09/2017) |
|---|---|---|
| 11/09/2017 | view187 | Memorandum in Opposition by USA as to James C Duckett, Jr re 186 MOTION to Travel *for Family Member's Funeral* (Karwan, Sarah) (Entered: 11/09/2017) |
| 11/09/2017 | view188 | ORDER granting 186 Motion to Travel for Family Member's Funeral as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 11/9/17. (Kaas, E.) (Entered: 11/09/2017) |
| 11/09/2017 | view189 | SENTENCING MEMORANDUM by James C Duckett, Jr (Brown, Richard) (Entered: 11/09/2017) |
| 11/10/2017 | view190 | SENTENCING MEMORANDUM by USA as to James C Duckett, Jr (Karwan, Sarah) (Entered: 11/10/2017) |
| 11/10/2017 | view191 | MOTION to Seal DEFENDANT, JAMES C. DUCKETT, JR., SENTENCING MEMORANDUM SUPPLEMENTARY BRIEF FILED UNDER SEAL by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 11/10/2017) |
| 11/10/2017 | view192 | ENTERED IN ERROR - SEALED MOTION DEFENDANT, JAMES C. DUCKETT, JR., SENTENCING MEMORANDUM SUPPLEMENTARY BRIEF FILED UNDER SEAL - by James C Duckett, Jr. (Guarnieri, Cody) Modified on 11/13/2017 (Oliver, T.). (Entered: 11/10/2017) |
| 11/10/2017 | view193 | Sealed Document: by James C Duckett, Jr ( REPLACING DOC #192 ) (Oliver, T.) (Entered: 11/13/2017) |
| 11/13/2017 | view | Docket Entry Correction as to James C Duckett, Jr re 192 SEALED MOTION DEFENDANT, JAMES C. DUCKETT, JR., SENTENCING MEMORANDUM SUPPLEMENTARY BRIEF FILED UNDER SEAL - MODIFIED TO NOTE ENTRY HAS BEEN ENTERED IN ERROR AND REDOCKETED AS DOC #193 (Oliver, T.) (Entered: 11/13/2017) |
| 11/13/2017 | view194 | ORDER granting 184 Motion to Seal as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 11/13/2017. (Jaiman, R.) (Entered: 11/13/2017) |
| 11/14/2017 | view195 | First MOTION Voluntary Surrender by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 11/14/2017) |
| 11/15/2017 | view196 | PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED - government and defense counsel)* as to James C Duckett, Jr. (available to USA, James C Duckett, Jr) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Financial Information)(Montesi, J) (Entered: 11/15/2017) |
| 11/15/2017 | view197 | ORDER denying as moot 182 Motion to Travel as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 11/15/17. (Kaas, E.) (Entered: 11/15/2017) |
| 11/16/2017 | view198 | CANCELLATION NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Sentencing is CANCELLED for 11/17/2017 12:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 11/16/2017) |
| 11/16/2017 | view199 | NOTICE OF E-FILED CALENDAR as to James C Duckett, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 11/17/2017* Sentencing set for 12/6/2017 01:45 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill (Jaiman, R.) (Entered: 11/16/2017) |
| 11/17/2017 | view200 | MOTION to Travel by James C Duckett, Jr. (Brown, Richard) (Entered: 11/17/2017) |
| 11/17/2017 | view201 | MOTION to Travel by James C Duckett, Jr. (Brown, Richard) (Entered: 11/17/2017) |
| 11/17/2017 | view202 | ORDER granting 191 Motion to Seal as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 11/17/2017. (Jaiman, R.) (Entered: 11/17/2017) |
| 11/20/2017 | view203 | ORDER granting 201 Motion to Travel for Medical Appointment as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 11/20/17. (Kaas, E.) (Entered: 11/20/2017) |
| 11/30/2017 | view204 | MOTION to Seal Defendant's Motion for Enlargement of Time to Voluntary Surrender by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 11/30/2017) |
| 11/30/2017 | view205 | Sealed Document: Defendant's Sealed Motion for Enlargement of Time to Voluntary Surrender by James C Duckett, Jr re 204 MOTION to Seal Defendant's Motion for Enlargement of Time to Voluntary Surrender - (Guarnieri, Cody) (Entered: 11/30/2017) |

| 11/30/2017 | view206 | MOTION to Seal Defendant's Second Supplemental Brief to His Memorandum in Aid of Sentencing by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 11/30/2017) |
|---|---|---|
| 11/30/2017 | view207 | Sealed Document: Defendant, James C. Duckett, Jr., Sentencing Memorandum Second Supplementary Brief Filed Under Seal by James C Duckett, Jr re 206 MOTION to Seal Defendant's Second Supplemental Brief to His Memorandum in Aid of Sentencing - (Guarnieri, Cody) (Entered: 11/30/2017) |
| 11/30/2017 | view208 | ORDER granting 200 Motion to Travel as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 11/30/17. (Kaas, E.) (Entered: 11/30/2017) |
| 12/01/2017 | view209 | ORDER granting 204 Motion to Seal Defendant's Motion for Enlargement of Time to Voluntarily Surrender as to James C Duckett Jr. (2). Redacted copy must be filed on the public docket. Signed by Judge Stefan R. Underhill on 12/1/17. (Kaas, E.) (Entered: 12/01/2017) |
| 12/01/2017 | view210 | ORDER granting 206 Motion to Seal Defendant's Second Supplemental Brief to His Memorandum in Aid of Sentencing as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 12/1/17. (Kaas, E.) (Entered: 12/01/2017) |
| 12/04/2017 | view211 | ORDER denying 147 Motion for Acquittal as to James C Duckett Jr. (2); denying 148 Motion for New Trial as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 12/4/17. (Kaas, E.) (Additional attachment(s) added on 12/4/2017: # 1 MAIN DOCUMENT) (Jaiman, R.). (Entered: 12/04/2017) |
| 12/04/2017 | view212 | Docket Entry Correction...MODIFIED TO INCLUDE THE DATE ON THE RULING as to James C Duckett, Jr re 211 Order on Motion for Acquittal,, Order on Motion for New Trial, (Jaiman, R.) (Entered: 12/04/2017) |
| 12/06/2017 | view214 | ORAL MOTION to not allow the defendant to voluntary self-surrender by USA as to James C Duckett, Jr. (Jaiman, R.) Modified on 12/11/2017 (Jaiman, R.). (Entered: 12/11/2017) |
| 12/06/2017 | view215 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Sentencing and motion hearing held on 12/6/2017; denying 214 Oral Motion to not allow the defendant to voluntary self-surrender as to James C Duckett Jr. filed by USA. Total Time: 2 hours and 25 minutes(Court Reporter Masse, S.) (Jaiman, R.) (Entered: 12/11/2017) |
| 12/07/2017 | view213 | PRESENTENCE INVESTIGATION REPORT (Revised) *(SEALED - government and defense counsel)* as to James C |

|  |  | Duckett, Jr. (available to USA, James C Duckett, Jr) (Attachments: # 1 Revised 2nd Addendum)(Hunt, S.) (Entered: 12/07/2017) |
|---|---|---|
| 12/13/2017 | view216 | MOTION to Travel *to Visit Family* by James C Duckett, Jr. (Brown, Richard) (Entered: 12/13/2017) |
| 12/14/2017 | view218 | ORDER granting 216 Motion to Travel as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 12/14/17. (Kaas, E.) (Entered: 12/14/2017) |
| 12/19/2017 | view219 | AFFIDAVIT by James C Duckett, Jr (Guarnieri, Cody) (Entered: 12/19/2017) |
| 12/20/2017 | view220 | MOTION for Leave to Proceed in forma pauperis *Motion for Permission to Appeal in Forma Pauperis* by James C Duckett, Jr. (Guarnieri, Cody) (Entered: 12/20/2017) |
| 12/20/2017 | view221 | ORDER granting 220 Motion for Leave to Proceed *in forma pauperis* as to James C Duckett Jr. (2). Signed by Judge Stefan R. Underhill on 12/20/17. (Kaas, E.) (Entered: 12/20/2017) |
| 12/20/2017 | view222 | NOTICE OF APPEAL by James C Duckett, Jr. - Fee Waived. (Guarnieri, Cody) (Entered: 12/20/2017) |
| 12/20/2017 | view | Transmission of Notice of Appeal as to James C Duckett, Jr to US Court of Appeals re 222 Notice of Appeal - Final Judgment (Oliver, T.) (Entered: 12/21/2017) |